BENJAMIN F. BOYD, Respondent, v. UNITED DRESSED BEEF COMPANY, Appellant.— Application denied, with ten dollars costs.

KATHERINE DENNEN, Respondent, v. THOMAS F. DELANEY, Appellant.— Application denied, with ten dollars costs.

JOHN E. HENRY, JR., Respondent, v. JOHN H. WRIGHT, Appellant, and ANNA R. H. WRIGHT, Defendant.— Application denied, with ten dollars costs.

---

## THIRD DEPARTMENT, JANUARY, 1920.

LOUISE HAMBURGER, Appellant, v. CORNELL UNIVERSITY, Respondent.

*Trial — when resettlement of order changing venue denied.*

PER CURIAM: The order of this court changing the venue from Saratoga county to Broome county was made with the understanding that counsel in open court stipulated that all technicalities were waived, and that this court should have the authority, if it determined there was reason to believe that an impartial trial could not be had in Tompkins county, to select an adjoining county for the place of trial.    That was our understanding and still is, and we must decline to interfere with our previous order.    Motion to resettle order denied, without costs.    (See *Hamburger* v. *Cornell University, No. 2,* 190 App. Div. 888.)

---

NELLIE M. CARPENTER, as Administratrix, etc., of GEORGE E. CARPENTER, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion denied.

JAMES D. LECKY, Appellant, v. JAMES O. WINSTON and THOMAS S. WINSTON, Respondents.— Motion granted, unless, within twenty days, the appellant files and serves the printed papers on appeal, and pays ten dollars costs of this motion, in which case motion is denied, without costs.

HENRY LEBENHEIM, Respondent, v. GIDEON H. PECK, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim of AMELIA LEBENDICK and Others, Respondents, for Compensation for the Death of JOSEPH LEBENDICK, Deceased, under the Workmen's Compensation Law, v. THE BOSSERT CORPORATION, Employer, and UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by Mrs. EMMA SMITH as Widow of JOHN A. SMITH, Deceased, Respondent, v. A. M. OESTERHELD & SON, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion granted.